UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE: Melissa Ann Vann
                               CHAPTER 13
                               CASE NO. 22-46542

Debtor,
                               JUDGE Mark A. Randon

_____/

## AMENDED ORDER CONFIRMING PLAN
[Amended to change attorney fee provision from fee app to flat fee]

    The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

    Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

    IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,500 in fees and $47 in expenses, and that the portion of such claim which has not already been paid, to-wit: $3,547 shall be paid by the Trustee as an administrative expense of this case.

    IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

    All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

X Other: Creditors, Carolyn Bishop and Timberlands, shall have 28 days from service to object to the Order Confirming Plan

APPROVED:                                                    APPROVED:

/s/ Krispen S. Carrol - MCS                          /s/ Robert Keyes
Krispen S. Carroll (P49817)                            Robert Keyes (P68856)
Margaret Conti Schmidt (P42945)               Robert Keyes Law, PLLC
Maria Gotsis (P67107)                                   300 North Huron Street
Chapter 13 Trustee                                      Ypsilanti, MI 48197
719 Griswold
Suite 1100
Detroit, MII 48226
(313) 962-5035
notice@det13ksc.com

**Signed on February 25, 2023**



/s/ Mark A. Randon

**Mark A. Randon**
**United States Bankruptcy Judge**