B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

In re Melissa Ann Vann_____, Case No. 22-46542

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Jefferson Capital Systems LLC | GFS II, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 Jefferson Capital Systems, LLC
 PO Box 7999
 St. Cloud , MN 56302-9617
Phone: 800-928-7314
Last Four Digits of Acct #: 1239

Court Claim # (if known): 8
Amount of Claim: 8320.88
Date Claim Filed: 10/27/2022

Phone: 989-790-9090
Last Four Digits of Acct. #: 1239

Name and Address where transferee payments should be sent (if different from above):
 Jefferson Capital Systems, LLC
 PO Box 772813
 Chicago , IL 60677-2813
Phone: 800-928-7314
Last Four Digits of Acct #: 1239

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Shannon Johnson (Bankruptcy Specialist)    Date: 8/10/2023
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT K
## WAIVER OF NOTICE OF CLAIM

GFS II, LLC ("Transferor") has sold and assigned certain claims to Jefferson Capital Systems, LLC ("Transferee"). Transferee is a limited liability company under the laws of the State of Georgia, maintaining a place of business at 16 McLeland Road, St. Cloud, MN 56303. Said claims arise from motor vehicle retail installment contracts ("Accounts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code. Proofs of Claim with respect to the Accounts may have been filed under the following name:

Gateway Financial Services
Gateway Financial Solutions

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Claim filed by Transferor pursuant to Federal Rule of Bankruptcy Procedure 3001 (e) (2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon Notice of Transfer of Claim.

A copy of this Waiver of Notice of Transfer of Claim shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver of Notice of Transfer of Claim by and through its duly authorized officer on the 21st day of July, 2023.

Transferor: GFS II, LLC

By: _____
Name: Kristin Kerner
Title: CEO