UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Melissa Ann Vann

CASE NO: 22-46542

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 43

On 12/19/2023, I did cause a copy of the following documents, described below,

Cover Sheet for Amendments ECF Docket Reference No. 43

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/19/2023

/s/ Robert Keyes P68856`
Robert Keyes P68856`

Robert Keyes Law, PLLC
300 North Huron Street
Ypsilanti, MI  48197
734 662 1590
robert@robertkeyeslaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                      CASE NO: 22-46542

Melissa Ann Vann                            **CERTIFICATE OF SERVICE**
                                            **DECLARATION OF MAILING**

                                            Chapter: 13
                                            ECF Docket Reference No. 43

On 12/19/2023, a copy of the following documents, described below,

Cover Sheet for Amendments ECF Docket Reference No. 43

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/19/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Robert Keyes P68856`
Robert Keyes Law, PLLC
300 North Huron Street
Ypsilanti, MI  48197

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
06452
CASE 22-46542-MAR
EASTERN DISTRICT OF MICHIGAN
DETROIT
MON OCT 31 16-53-16 EDT 2023

AMERICAN FIRST FINANCE LLC
CO BECKET AND LEE LLP
PO BOX 3002
MALVERN PA 19355-0702

BANK OF AMERICA NA
PO BOX 673033
DALLAS TX 75267-3033

CAPITAL ONE
PO BOX 30281
SALT LAKE CITY UT 84130-0281

CAROLYN BISHOP
502 WAYSIDE DR
BELLEVILLE MI 48111-9753

CHECK N GO
PO BOX 36124
CINCINNATI OH 45236-0124

CREDENCE RESOURCE MANAGEMENT LLC
ATTN BANKRUPTCY 4222 TRINITY MILLS ROAD
DALLAS TX 75287-7666

(P)CREDIT ACCEPTANCE CORPORATION
25505 WEST 12 MILE ROAD
SOUTHFIELD MI 48034-8316

FORTIVA
ATTN BANKRUPTCY
PO BOX 105555
ATLANTA GA 30348-5555

GATEWAY FINANCIAL SOLUTIONS
PO BOX 3257
SAGINAW MI 48605-3257

(P)I C SYSTEM INC
LEGAL DEPARTMENT
PO BOX 64444
SAINT PAUL MN 55164-0444

KEYBANK NA
4910 TIEDEMAN ROAD
BROOKLYN OH 44144-2338

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

TIMBERLANDS
3375 EAST MICHIGAN AVENUE
YPSILANTI 48198-9483

USDOEGLELSI
ATTN BANKRUPTCY
PO BOX 7860
MADISON WI 53707-7860

UNITED STATES DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON WI 53708-8973

VERIZON WIRELESS
ATTN BANKRUPTCY ATTN BANKRUPTCY
500 TECHNOLOGY DR  STE 599
WELDON SPRINGS MO 63304-2225