UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br><br>MELISSA ANN VANN | CASE NO: 22-46542<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 49 |

On 6/20/2024, I did cause a copy of the following documents, described below,

First Chapter 13 Post-Confirmation Plan Mod ECF Docket Reference No. 49

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/20/2024

/s/ John Robert Keyes
John Robert Keyes  P68856

Robert Keyes Law,PLLC
1646 E Stadium Blvd
Ann Arbor, MI  48104
734 662 1590
robert@robertkeyeslaw.com

```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MICHIGAN
                          SOUTHERN DIVISION
```

| IN RE: | CASE NO: 22-46542 |
|---|---|
| MELISSA ANN VANN | **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br><br> Chapter: 13 <br> ECF Docket Reference No. 49 |

On 6/20/2024, a copy of the following documents, described below,

First Chapter 13 Post-Confirmation Plan Mod ECF Docket Reference No. 49

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/20/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John Robert Keyes
Robert Keyes Law, PLLC
1646 E Stadium Blvd
Ann Arbor, MI  48104

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-46542<br>EASTERN DISTRICT OF MICHIGAN<br>THU JUN 20 10-5-46 PST 2024 | 24 JUDICIAL DISTRICT<br>6515 ROOSEVELT AVE<br>ALLEN PARK  MI 48101-2524 | AMERICAN FIRST FINANCE  LLC<br>CO BECKET AND LEE LLP<br>PO BOX 3002<br>MALVERN PA 19355-0702 |
| BANK OF AMERICA  NA<br>PO BOX 673033<br>DALLAS  TX 75267-3033 | CAPITAL ONE<br>PO BOX 30281<br>SALT LAKE CITY  UT 84130-0281 | CAROLYN BISHOP<br>502 WAYSIDE DR<br>BELLEVILLE MI 48111-9753 |
| CHECK N GO<br>PO BOX 36124<br>CINCINNATI  OH 45236-0124 | CREDENCE RESOURCE MANAGEMENT  LLC<br>ATTN BANKRUPTCY 4222 TRINITY MILLS ROAD<br>DALLAS  TX 75287-7666 | (P)CREDIT ACCEPTANCE CORPORATION<br>25505 WEST 12 MILE ROAD<br>SOUTHFIELD MI 48034-8316 |
| FORTIVA<br>ATTN BANKRUPTCY<br>PO BOX 105555<br>ATLANTA  GA 30348-5555 | GATEWAY FINANCIAL SOLUTIONS<br>PO BOX 3257<br>SAGINAW  MI 48605-3257 | I C SYSTEM<br>ATTN BANKRUPTCY 444 HIGHWAY 96 EAST<br>SAINT PAUL  MN 55127-2557 |
| (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | KEYBANK NA<br>4910 TIEDEMAN ROAD<br>BROOKLYN  OH 44144-2338 | LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 |
| PEOPLE OF THE CITY OF WESTLAND<br>CO 18TH DISTRICT COURT 36675 FORD RD<br>WESTLAND  MI 48185-2210 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | ~~EXCLUDE~~<br>~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LL~~<br>~~PO BOX 41067~~<br>~~NORFOLK VA 23541-1067~~ |
| TIMBERLANDS<br>3375 EAST MICHIGAN AVENUE<br>YPSILANTI 48198-9483 | USDOEGLELSI<br>ATTN BANKRUPTCY<br>PO BOX 7860<br>MADISON  WI 53707-7860 | UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON  WI 53708-8973 |
| VERIZON WIRELESS<br>ATTN BANKRUPTCY ATTN BANKRUPTCY<br>500 TECHNOLOGY DR  STE 599<br>WELDON SPRINGS  MO 63304-2225 | JOHN ROBERT KEYES<br>ROBERT KEYES LAW<br>1646 E STADIUM BLVD<br>ANN ARBOR  MI 48104-4453 | KRISPEN S CARROLL<br>719 GRISWOLD<br>SUITE 1100<br>DETROIT  MI 48226-3314 |

DEBTOR
MELISSA ANN VANN
26916 ANDOVER ST
INKSTER  MI 48141-3186