Rev. 5/2008

# UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

Melissa Ann Vann

                Debtor(s).

**Chapter:** 13
**Case Number:** 22-46542
**Judge:** Mark A. Randon

## CORRECTED PAYMENT ORDER

The above named Debtor(s) having filed a Petition for relief under Chapter 13 of the Bankruptcy Code, and upon motion of the Debtor(s) pursuant to L.B.R. 1007-1(c) (1)(A) (E.D.M.).

**IT IS HEREBY ORDERED** that

> Well Street Urgent Care
> 3330 Cumberland Drive
> Suite 825
> Atlanta GA 30339

("Payor"),at , immediately forward and make payable to:

> Krispen S. Carroll Chapter 13 Trustee
> P.O. Box 2018
> Memphis, TN 38101-2018

$92.31 per ** biweek;y (pay period) of the Debtor's future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor(s)' income except for order for child support, or alimony, current withholding taxes, union dues, and medical or other insurance premiums.

**(Set forth all names, including trade names used by the Debtor(s) within the last 6 years.)**

** weekly     bi-weekly     semi-monthly    monthly

**Signed on July 16, 2024**

/s/ Mark A. Randon
**Mark A. Randon**
**United States Bankruptcy Judge**