# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**  
MELISSA ANN VANN

CHAPTER 13  
CASE NO. 22-46542-MAR  
JUDGE MARK A RANDON

Debtor_____/

## NOTICE OF DEFAULT IN PAYMENTS
## AND TRUSTEE'S INTENT TO SEEK DISMISSAL OF THE CASE

**PLEASE TAKE NOTICE** that in accordance with the terms of the Order resolving Trustee's objections to plan modification and resolving Trustee's motion to dismiss entered in the above matter on October 22, 2024, the Debtor is delinquent in payments under the Chapter 13 Plan.

**PLEASE TAKE FURTHER NOTICE** that the Trustee hereby demands that payments be brought current in accordance with the provisions of said order in the above matter, and that said payments be brought current no later than 30 days from the date of service of this notice.

**PLEASE TAKE FURTHER NOTICE** that in the event of the Debtor's failure to bring payments current as required under the Chapter 13 Plan, as last amended, if at all, then the Trustee shall submit an order of dismissal to the Court along with an affidavit attesting to the fact that compliance with the Order resolving Trustee's objections to plan modification and resolving Trustee's motion to dismiss has not been met.

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT  
Krispen S. Carroll, Chapter 13 Standing Trustee

February 21, 2025

/s/ KRISPEN S. CARROLL-mcs  
KRISPEN S. CARROLL (P49817)  
MARGARET CONTI SCHMIDT (P42945)  
MARIA GOTSIS (P67107)  
26999 Central Park Blvd  
Suite 125N  
Southfield, MI  48076  
(313) 962-5035  
notice@det13ksc.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:　　　　　　　　　　　　　　　CHAPTER 13
MELISSA ANN VANN　　　　　　　　　　　　　　　CASE NO. 22-46542-MAR
　　　　　　　　　　　　　　　　　　　　　　　　JUDGE MARK A RANDON

Debtor　　　　　　　　　　　　　/

## CERTIFICATE OF MAILING

　　　I hereby certify that on the date indicated below, I electronically filed **NOTICE OF DEFAULT IN PAYMENTS AND TRUSTEE'S INTENT TO SEEK DISMISSAL OF THE CASE** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

ROBERT KEYES LAW PLLC
300 NORTH HURON STREET
YPSILANTI, MI 48197

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

Melissa Ann Vann
26916 Andover St
Inkster, MI 48141-3186

February 21, 2025　　　　　　　　　　　　　　　/s/ Jamie Basharrah
　　　　　　　　　　　　　　　　　　　　　　　JAMIE BASHARRAH
　　　　　　　　　　　　　　　　　　　　　　　For the Office of the Chapter 13 Trustee-Detroit
　　　　　　　　　　　　　　　　　　　　　　　26999 Central Park Blvd
　　　　　　　　　　　　　　　　　　　　　　　Suite 125N
　　　　　　　　　　　　　　　　　　　　　　　Southfield, MI 48076
　　　　　　　　　　　　　　　　　　　　　　　(313) 962-5035
　　　　　　　　　　　　　　　　　　　　　　　notice@det13ksb.com